

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

February 2, 2026

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Caraguay v. Larocco, et al.,* 26-cv-00569 (NJC)

Dear Judge Choudhury:

   I write in response to the Court's order issued earlier today in the above referenced matter. I have conferred with agency counsel for U.S. Immigration and Customs Enforcement ("ICE") who has informed me that petitioner Milton Munoz Caraguay ("Petitioner") is presently being detained at Nassau County Correctional Center. ICE has been made aware of the Court's order prohibiting transfer of Petitioner to a facility outside of this district, the Southern District of New York or the District of New Jersey and has advised that he will not be transferred outside thereof prior to the Court's scheduled hearing at 1 p.m. on February 4, 2026.

   Please be further advised that the Petitioner has not been detained at the Central Islip federal courthouse and that, as of the filing of this letter, there is no indication that he will be detained there. Thank you for your consideration.

         Respectfully Submitted,

         JOSEPH NOCELLA, JR.
         UNITED STATES ATTORNEY

    By:  /s/ Robert W. Schumacher
       Robert W. Schumacher
       Assistant U.S. Attorney
       (631) 715-7871

cc:  Edward J. Cuccia, Esq.