

26-cv-01752-Trejo v_

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

April 2, 2026

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Caraguay v. Larocco, et al.,* 26-cv-0569 (NJC)

Dear Judge Choudhury:

This Office represents the Respondents in the above-captioned case. By letter dated April 1, 2026, counsel for Petitioner Milton Munoz Caraguay ("Petitioner") advised the Court that Petitioner's work authorization and social security cards have not yet been returned to him. Docket Entry No. 17. By letter dated April 2, 2026, the undersigned advised the Court that counsel's April 1, 2026 letter was the first time that ICE or this Office was alerted that these items had not been returned. Docket Entry No. 18. The Court thereafter issued an order requiring Respondents "to work with ICE to ensure that Petitioner's social security and work authorization cards are returned to him by today, April 2, 2026 at 11:59 p.m."

Petitioner's counsel confirmed to the undersigned that Petitioner's social security and work authorization cards have been returned. Thank you for the Court's time and attention to this matter.

Respectfully Submitted,

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY

By:    /s/ Robert W. Schumacher
       Robert W. Schumacher
       Assistant U.S. Attorney
       (631) 715-7871

cc:    Edward J. Cuccia, Esq.